## CASHIE LEE GREEN v. STATE OF FLORIDA

18 So. (2nd) 752                          June Term, 1944
July 11, 1944                             Division A
Rehearing denied July 24, 1944

*Paul C. Albritton* and *Randolph Calhoun,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn* and *R. W. Erwin,* Assistant Attorneys General, for appellee.

PER CURIAM:

On conflicting evidence a jury performed its duty in determining which witnesses spoke the truth and on the trial of appellant on a charge of murder in the first degree, found her guilty of murder in the second degree.

No reversible error being made to appear, judgment is affirmed.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.

Petition for rehearing denied July 24, 1944.

PER CURIAM:

Evidence supported conviction of murder in the second degree.